# EXHIBIT "A"



**CipherBlade**

Blockchain Investigation Agency

# INVESTIGATIVE REPORT

_____

**Matter:** Phishing Scam

**Affected Party:** Donnaire Faulkner

**Date:** August 29, 2023

**DISCLAIMER**

This report has been prepared exclusively for the affected party. No material in this report may be distributed or reproduced without written permission, except for use by Law Enforcement. Without limitation, this report does not offer any legal guidance or advice of any kind on any subject. In no event shall CipherBlade be liable for any damages resulting from, arising out of, or in connection with the use of the information in this report.

CONFIDENTIAL
FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY 1

## Contents

**1.  Introduction**..................................................................................................................**3**

    1.1 Description of the case...................................................................................... 3

    1.2 Objectives.......................................................................................................3

**2. Analysis**........................................................................................................ **4**

    2.1 Client's deposits to suspect's wallet................................................................ 4

    2.2 Suspect's wallets, wallet hops, and ETH funding findings...............................4

**3. Tracing of funds to VASPs**........................................................................**5**

    3.1  Binance.........................................................................................................5

    3.2 Crypto.com................................................................................. 11

    3.3  Maicoin.......................................................................................................14

    3.4 Binance - Eth Funding trace........................................................................15

    3.5 Coinbase - Eth funding trace........................................................ 17

    3.6 Gemini - Eth funding trace..........................................................................20

    3.7 Kucoin - Eth funding trace.......................................................... 24

    3.8 Huobi - Eth funding trace...........................................................................26

**4. Summary of next steps**..................................................................................**29**

**GLOSSARY**.......................................................................................................**31**

# 1. Introduction

CipherBlade has been engaged by Aylstock, Witkin, Kreis & Overholtz, a United States' law firm with its registered address at 17 E. Main Street, Suite 200, Pensacola, FL 32502, to provide investigative and expert services in blockchain forensics for the benefit of its client, Donnaire Faulkner ("the victim").

## 1.1 Description of the case

Between February 2, 2023 and April 7, 2023, the victim had transferred a total of approximately USD $782,890.28 worth of USDT[1] from their accounts at Crypto.com to the suspect's wallet.

## 1.2 Objective

This report provides a comprehensive overview of the blockchain forensics performed in the investigation. This includes on-chain and off-chain elements, identifying—when they exist—dormant funds for potential freezes, and identifying, where possible, Virtual Asset Service Providers ("VASPs") that follow Know Your Customer ("KYC") guidelines.

Potential actionable steps for law enforcement are marked in this report by ⚠.

---

[1] A stablecoin pegged to USD - https://en.wikipedia.org/wiki/Tether_(cryptocurrency)

## 2. Analysis

### 2.1 Client's deposits to suspect's wallet

Between February 9, 2023, and April 7, 2023, a total of 770,955 USDT was transferred, over 10 transactions, to the address **0x0224166d040d8617bf98fd03cf7c2b256b091cb0** ("the suspect's wallet"). The transaction hashes of the transactions made on the Ethereum network are listed below:

| No. Date & Time | Transaction Hash Asset Quantity | Amount (USD) |
|---|---|---|
| 1 2023-02-09 | 1 0x859c93fea23eddea174bcc5a20dc8212169ed5a565da38731ea91a842637475c USDT 1,950.42 | 1,950.42 |
| 2 2023-02-14 | 7 0xddfd125188be78551482046cbf3a0813cfe427d06b1a6799545c41849c02d570 USDT 29,255.7 | 29,284.98 |
| 3 2023-02-16 | 3 0xe0895c22644131c0bd05fc50ddf92ae2524c12c0d69e2a30ce72d4071ea648dc USDT 73,059.4 | 73,059.35 |
| 4 2023-02-17 | 1 0xdba27c61c8fd3485e61e4bc82f256d0b4f724f3bff7e1ba2f801e0c4cbf354c7 USDT 97,425.5 | 97,425.54 |
| 5 2023-02-22 | 9 0x9ba3ed4fdf7830092a3c8a0499eee4a8fb88df0e24ad95d477808a507bbd4f52 USDT 48,702.9 | 48,702.90 |
| 6 2023-03-08 | 1 0x5e2e51bad835cd27362886ac6cf809e5feff455de0b50bf88f7fe42e8f8551d2 USDT 146,158 | 146,157.93 |
| 8 2023-03-14 | 1 0xfd813c210bef738bfe79b42de24b2fea029e1c20fb998d44369c2e869fb9ae64 USDT 65,063 | 65,323.20 |
| 8 2023-03-17 | 7 0x7d6d8cda72c69ad71cab7c5fe64d9b918aaa0b4642a7e33f8cab7d55be8eddc9 USDT 34,031.2 | 34,099.23 |
| 9 2023-03-27 | 3 0xbea4d897c53cb6a8ec111df4784490096815cfbdcc8f6958cf711f4acac2364d USDT 202,446 | 202,446.37 |
| 10 2023-04-07 | 7 0xebbae183203ad74efe0e50fb7d3975c7ee3ebe9f13490d4f4371f5bb841dbccc USDT 84,697.9 | 84,782.63 |

### 2.2 Suspect's wallets, wallet hops, and ETH funding

To facilitate a clearer and a more reader-friendly analysis, the main and relevant wallets presented in this report, as well as the graphs, have been labeled WALLET 1, up to WALLET 9. Additionally, the term "hop" represents a transfer between wallets. Hop 0 refers to the transfer between the victim's wallet and the suspect's first wallet.

As part of the analysis, an ETH (Ether) funding network was represented using blue lines within

the graphs. The ETH balance is necessary for the payment of the fees (gas) for every transaction that happens within the Ethereum network. In this case, ETH was used to pay the fee for the USDT token transfers. Based on this ETH funding network, it was established that all of the WALLET 1's (Hop 0) ETH was provided by WALLET 2, i.e. WALLET 2 had

CONFIDENTIAL
FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY 4

funded all the USDT token transfers from WALLET 1. Likewise, the same pattern was established between WALLET 4 and WALLET 3, where WALLET 4 were found to have funded WALLET 3's USDT token transfers. There were also some ETH transfers connecting wallets 2, 3, and 7. The next sections of the report will explore these additional connections. It is strongly recommended to read the notes that are presented in the high-quality graph (PDF or SVG) that are included as attachments to the report, as the additional notes may improve the case's understanding.

CONFIDENTIAL
FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY 5

# 3. Tracing of funds to VASPs

Through further analysis, it was established that the client's funds were eventually deposited into three exchanges, namely Binance, Crypto.com, and Maicoin. These transfers are elaborated on in Sections 3.1 to 3.3 of this report. During the analysis, if the client's funds were found to have commingled with other funds at any address, the "First In First Out[2]" ("FIFO") method was applied to further the analysis. The transfers to the abovementioned exchanges total roughly $300,000.

During the investigation, it was also established that wallets inside five VASPs, namely Binance, Coinbase, Gemini, Huobi, and Kucoin, were responsible for the Ether funding in many wallets used to transfer the Victim's funds. The Ether balance is necessary for the payment of the fees (gas) for every transfer inside the Ethereum network. In this case, the ether was used to pay the USDT token transfer fee. For the purpose of developing leads that could potentially identify the suspect and eventually freeze funds, these transfers are elaborated in Sections 3.4 to 3.8 of this report.

## 3.1 Binance

The analysis showed that the address mentioned in Section 2.1, **0x0224166d040d8617bf98fd03cf7c2b256b091cb0**, had forwarded funds to five Binance deposit addresses through some relay wallets. Using the FIFO method, it was determined that a total of approximately 300,000 USDT of the client's funds had been deposited to Binance's deposit addresses. *Figure 1* highlights the deposits made to Binance.

[2]

https://www.ledger.com/academy/crypto-tax-accounting-methods-fifo-lifo-hifo-explained#:~:text=First%2Din%2C%20first%2Dout%2C%2 0or%20FIFO%2C%20is,beginning%20with%20your%20earliest%20purchase.

FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY 6



Figure1 - Transactions to five Binance deposit addresses via some relay wallets. **For a high quality graph, open the .svg or .pdf files provided with this report**

CONFIDENTIAL
FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY 9

The table below details the flow of funds from the client's wallet to the shortest path up to one

of Binance's deposit addresses, illustrated in *Figure 1*:

| From | Transaction Hash To | Hop |
|------|---------------------|-----|
| Client's Hot Wallet | 0xddfd125188be78551482046cbf3a0813cfe427d06b1a6799545c41849c02d570 Suspect's wallet (WALLET 1) | 0 |
| Suspect's wallet(WALLET | 0xd81b56d8159449fe3f764a435fe548a9f6cc15ae852ec3de054c44c7cec94263 WALLET 2 | 1 |

| 1) | | |
|---|---|---|
| WALLET 2 | 0xc6eba0b02571664f00bc40e7e196e9564848c774c48483155957e495c65bfc20 WALLET 7 | 2 |
| WALLET 7 | 0x2cac8acfa946c04faae7fb226e2d72282fc8e6a945c556c4db5dd0dd68958097 BINANCE | 3 |

The table below details the transfers to the five Binance deposit addresses:

| N o. | Date & Time | Transaction Hash To Asset USDT | Amount (USD) |
|---|---|---|---|
| 1 | 2023-03-12 06:38:11 | 0x2cac8acfa946c04faae7fb226e2d72282fc 0x71523225f1487cfb8b8511e4 8e6a945c556c4db5dd0dd68958097 9a35b5788d9ca8ce USDT 99 | 100.19 |
| 2 | 2023-03-23 20:57:23 | 0x9a6b7d22d725a40b75eab87cf1f3ee023 0x866a8c20ed1783997532a57 2b5630126ff4613746a43f2deed99f8 d01859e1d37dfeb6c USDT 1,129.86 | 1,132.12 |
| 3 | 2023-03-16 11:13:35 | 0xcba5a4481be938377373 57a1918f71ac1 0x9ac4e6824d305cd9936add0 405d6d9c732e5fb082780180672a4c4 401d63993e5bfc3f9 USDT 40,299 | 40,419.9 0 |
| 4 | 2023-03-16 14:18:35 | 0x213cc4b60095bd971b7dc9dbb6983a71 0x9ac4e6824d305cd9936add0 b047bcf6e5a265d7744dfed24b781c0b 401d63993e5bfc3f9 USDT 48,405 | 48,550.2 1 |
| 5 | 2023-03-16 09:01:47 | 0xe61fdb39b039084be082b7f5915be4193 0x5604ad179fa6fabe79319371 626f9ad250acaef163617a36f03588c e294cb83568dbf40 USDT 95,046 | 95,331.1 4 |
| 6 | 2023-03-16 09:19:35 | 0x6482cfa2da56ea5468e4be2042fd4ee2fa 0x5604ad179fa6fabe79319371 9521da5eaa560752ffc75abce546a5 e294cb83568dbf40 USDT 86,405 | 86,664.2 1 |
| 7 | 2023-03-16 11:02:35 | 0xf8f523f702532ead715533897422985a6 0x5604ad179fa6fabe79319371 09b56ce781df577ed324d81bc1f055e e294cb83568dbf40 USDT 44,413 | 44,546.2 4 |
| 8 | 2023-04-13 07:47:23 | 0xdecfffc99f4f741e71205d11c3ce2914b8 0x16bbe717a31f39814bba5277 13aa8c684a48bf57df0d970134ffac b9347ded680faf9f USDT 18,777 | 18,795.7 8 |
| 9 | 2023-04-14 09:40:11 | 0xc60cdcf520b1487ba5ad18d8a41120657 0x16bbe717a31f39814bba5277 6b09094ee26ae74ef0ebcbfb17a1a1f b9347ded680faf9f USDT 18,147 | 18,165.1 5 |

|  |  |  |  |
|--|--|--|--|
|  |  |  |  |

⚠ The client is recommended to work with compliance officials (at the named entities), law enforcement agencies, and the courts agencies to contact Binance at https://www.binance.com/en/support/law-enforcement and make a request to freeze any funds in the account associated with the above deposit address, and any related accounts, until further notice.

In addition, the following information should be formally requested:

    - account e-mail addresses

    - access logs (IP address and user agent information)

    - KYC information and documents, if available

CONFIDENTIAL
FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY 10

    - deposit and withdrawal history (including any fiat banking information) - cryptocurrency deposit and withdrawal history, including all related addresses - current account balance

    - any data or documents obtained or produced by any internal AML investigation that the VASP may have conducted pertaining to the accounts.

CipherBlade stands ready to assist law enforcement with the interpretation of any information obtained as well as with follow-up blockchain forensics.

### 3.2 Crypto.com

The analysis showed that the address mentioned in Section 2.1, **0x0224166d040d8617bf98fd03cf7c2b256b091cb0**, had forwarded funds to two Crypto.com deposit addresses through a few relay wallets. Using the FIFO method, it was determined that a total of approximately 700 USDT of the client's funds had been deposited to Crypto.com's deposit address. *Figure 2* highlights the deposit made to Crypto.com.

CONFIDENTIAL

FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY 11



Figure 2 - Transaction to Crypto.com deposit address via three hops. **For a high quality graph, open the .svg or .pdf files provided with this report.**

CONFIDENTIAL
FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY 12

The table below details the flow of funds from the client's wallet to the shortest path up to

Crypto.com's deposit address, illustrated in *Figure 2*:

| From | Transaction Hash To | Hop |
|------|--------------------|-----|
| Client's Hot Wallet | 0xddfd125188be78551482046cbf3a0813cfe427d06b1a6799545c41849c02d570 Suspect's wallet(WALLET 1) | 0 |
| Suspect's wallet(WALLET | 0xd81b56d8159449fe3f764a435fe548a9f6cc15ae852ec3de054c44c7cec94263 WALLET 2 | 1 |

| 1) | | |
|---|---|---|
| WALLET 2 | 0xc6eba0b02571664f00bc40e7e196e9564848c774c48483155957e495c65bfc20 WALLET 7 | 2 |
| WALLET 7 | 0x24a6439f2f2ea644894baf9b686f9e5c8e51a48a848d8d7dd52abe003946e718 CRYPTO.COM | 3 |

The table below details the transfer to the Crypto.com deposit address:

| No. | Date & Time | Transaction Hash To Asset USDT | Amount (USD) |
|---|---|---|---|
| 1 | 2023-03-12 04:49:47 | 0x24a6439f2f2ea644894baf9b686f9e5c8e 0x59bd32c8da503c2f79ef5b4f 51a48a848d8d7dd52abe003946e718 2b0057b6c6ed7eaf USDT 219.78 | 221.98 |
| | 2023-03-09 20:21:59 | 0x2adcd6efa9eb8f98aaa9df6755535e0003 0xc6cb4cfda858a942f4b4cc20 45e21cf95fca9fbbf031454f9a0d2a a6e34472d1e23d23 USDT 464.34 | 464.34 |

⚠ The client is recommended to coordinate with compliance officials (at the named

entities), law enforcement agencies, and the courts to contact Crypto.com at lawenforcementglobal@crypto.com, contact@crypto.com, Riskops@crypto.com, cs-leads@crypto.com and make a request to freeze any funds in the account associated with the above deposit address, and any related accounts, until further notice.

In addition, the following information should be formally requested:

- account e-mail addresses
- access logs (IP address and user agent information)
- KYC information and documents, if available
- deposit and withdrawal history (including any fiat banking information) -
cryptocurrency deposit and withdrawal history, including all related addresses -
current account balance
- any data or documents obtained or produced by any internal AML investigation that the VASP may have conducted pertaining to the accounts.

CONFIDENTIAL
FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY 13

CipherBlade stands ready to assist relevant law enforcement, court, or compliance entities with the interpretation of any information obtained as well as with follow-up blockchain forensics.

### 3.3 Maicoin

The analysis showed that the address mentioned in Section 2.1, **0x0224166d040d8617bf98fd03cf7c2b256b091cb0**, had forwarded funds to 1 Maicoin deposit address, through a few relay wallets. It was determined that a total of approximately 124 USDT of the client's funds had been deposited to Maicoin deposit addresses. *Figure 3* highlights the deposits made to Maicoin.



Figure 3 - Transaction to 1 Maicoin deposit address **For a high quality graph, open the .svg or .pdf files provided with this report**

The table below details the flow of funds from the client's wallet to the shortest path up to one of Maicoin's deposit addresses, illustrated in *Figure 3*:

CONFIDENTIAL
FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY 14

| From | Transaction Hash To | Hop |
|---|---|---|

| | | |
|---|---|---|
| Client's Hot Wallet | 0xddfd125188be78551482046cbf3a0813cfe427d06b1a6799545c41849c02d570 Suspect's wallet (WALLET 1) | 0 |
| Suspect's wallet (WALLET 1) | 0xd81b56d8159449fe3f764a435fe548a9f6cc15ae852ec3de054c44c7cec94263 WALLET 2 | 1 |
| WALLET 2 | 0xc6eba0b02571664f00bc40e7e196e9564848c774c48483155957e495c65bfc20 WALLET 7 | 2 |
| WALLET 7 | 0x5b21368e8b3854564dbb1d8019956057094bd4cf2dd1a40844e50331160c9e9f MAICOIN | 3 |

The table below details the transfer to the 1 Maicoin deposit addresses:

| | Date & me | Transaction Hash To Asset USDTAmount (USD) | |
|---|---|---|---|
| 1 | 2023-03-1503:53:23 | 0x5b21368e8b3854564dbb1d801995605 0xf803ab8ee0abb4594687b1 7094bd4cf2dd1a40844e50331160c9e9f 1f9dd09ed915816975 USDT 124.74 125.11 | Maicoin |

⚠ The client is recommended to work with compliance officials (at the named entities), law enforcement agencies, and the courts to contact Maicoin at info@maicoin.com requesting:

- account e-mail addresses

- access logs (IP address and user agent information)

- KYC information and documents, if available

- deposit and withdrawal history (including any fiat banking information) - cryptocurrency deposit and withdrawal history, including all related addresses - current account balance

- any data or documents obtained or produced by any internal AML investigation that the VASP may have conducted pertaining to the accounts.

CipherBlade stands ready to assist compliance officials (at the named entities), law enforcement agencies, and the courts with the interpretation of any information obtained as well as with follow-up blockchain forensics.

CONFIDENTIAL
FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY 15

### 3.4 Binance - Eth Funding trace

The analysis showed that three addresses hosted on Binance provided ether to some wallets traced and presented in this case's graph. The ether balance is necessary for the payment of the fees (gas) for every transfer inside the Ethereum network. In this case, the ether was used to pay the USDT token transfer fee. *Figure 4* highlights the ETH funding paths.

CONFIDENTIAL
FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY 16



Figure 4 - Eth Funding paths from Binance. **For a high quality graph, open the .svg or .pdf files provided with this report.**

CONFIDENTIAL
FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY 17

The table below details the transfers from Binance into the Ethereum funding path:

| No. | Date & Time | Transaction Hash To Asset USDT | Amount (USD) |
|---|---|---|---|
| 1 | 2023-03-18 08:46:47 | 0xf21027e14a3dbcc6c0e2b8f7dfcd72f8f5 0x28c6c06298d514db0899340 82f8d3a8bdb165b3652d2996671606 71355e5743bf21d60 ETH 0.843392 | 1,533.53 |
| 2 | 2020-10-14 19:54:40 | 0x7bb64a59c6dd7a1985988c1d1468393ae 0x3f5ce5fbfe3e9af3971dd833d 856d55243c33275a0b153cf6f997818 26ba9b5c936f0be ETH 0.311335 | 117.03 |
| 3 | 2019-12-18 07:10:34 | 0x04a74a6eed137c0518822f2e94a108a48 0x564286362092d8e7936f054 d47a090919705d86f1a02e85172692c | 2,794.73 |

| | | 9571a803b203aaced ETH 22.6802 | |
|---|---|---|---|
| | | | |

⚠ The client is recommended to work with compliance officials (at the named entities), law enforcement agencies, and the courts agencies to contact Binance at https://www.binance.com/en/support/law-enforcement and make a request to freeze any funds in the account associated with the above deposit address, and any related accounts, until further notice.

In addition, the following information should be formally requested:

- account e-mail addresses

- access logs (IP address and user agent information)

- KYC information and documents, if available

- deposit and withdrawal history (including any fiat banking information) -

cryptocurrency deposit and withdrawal history, including all related addresses -

current account balance

- any data or documents obtained or produced by any internal AML investigation that the VASP may have conducted pertaining to the accounts.

CipherBlade stands ready to assist compliance officials (at the named entities), law enforcement agencies, and the courts with the interpretation of any information obtained as well as with follow-up blockchain forensics.

### 3.5 Coinbase - Eth funding trace

The analysis showed that one address hosted on Coinbase provided ether to some wallets traced and presented in this case's graph. The ether balance is necessary for the payment of

CONFIDENTIAL
FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY 18

the fees (gas) for every transfer inside the Ethereum network. In this case, the ether was used

to pay the USDT token transfer fee. *Figure 5* highlights the ETH funding paths.

CONFIDENTIAL
FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY 19



Figure 5 - Eth Funding path from Coinbase. **For a high quality graph, open the .svg or .pdf files provided with this report.**

CONFIDENTIAL
FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY 20

The table below details the transfer from Coinbase into the Ethereum funding path:

| No. | Date & Time | Transaction Hash To Asset USDT | Amount (USD) |
|---|---|---|---|
| 1 | 2020-10-28 23:45:45 | 0xcb163a66ea7f872c5a3b2696ad58278fc<br>0x5e68d7958019a8f43d69c104<br>2850870c50a535ff1b03832bdfd31da<br>d91418aa139a5fe6 ETH 25.824 | 10,027.95 |

⚠ The client is recommended to work with compliance officials (at the named entities), law

enforcement    agencies,    and    the    courts    to    contact    Coinbase    at

https://app.kodexglobal.com/gov/signup, subpoenas@coinbase.com or Iggy.azad@coinbase.com and make a request to freeze any funds in the account associated with the above deposit address, and any related accounts, until further notice.

In addition, the following information should be formally requested:

- account e-mail addresses

- access logs (IP address and user agent information)

- KYC information and documents, if available

- deposit and withdrawal history (including any fiat banking information) - cryptocurrency deposit and withdrawal history, including all related addresses - current account balance

- any data or documents obtained or produced by any internal AML investigation that the VASP may have conducted pertaining to the accounts.

CipherBlade stands ready to assist law enforcement with the interpretation of any information obtained as well as with follow-up blockchain forensics.

### 3.6 Gemini - Eth funding trace

The analysis showed that one address hosted on Gemini provided ether to some wallets traced and presented in this case's graph. The ether balance is necessary for the payment of the fees (gas) for every transfer inside the Ethereum network. In this case, the ether was used to pay the USDT token transfer fee. *Figure 6* highlights the ETH funding paths.



Figure 6 - Eth Funding path from Gemini. **For a high quality graph, open the .svg or .pdf files provided with this report.**

CONFIDENTIAL
FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY 22

The table below details the transfer from Gemini into the ETH funding path:

| No. | Date & Time | Transaction Hash To Asset USDT | Amount (USD) |
|---|---|---|---|
| 1 | 2020-10-05 23:45:08 | 0x8fd65a02d7d5915838d5ebf2b975f8c07      0xd24400ae8bfebb18ca49be86 <br> 0b1aa6c4031bba9f10bd301e3627ca4      258a3c749cf46853 ETH 2.71214 | 957.36 |

⚠ The client is recommended to work with compliance officials (at the named entities), law

enforcement agencies, and the courts to contact Gemini at compliance@gemini.com, lawenforcement@gemini.com and make a request to freeze any funds in the destination account associated with the above transaction and any related accounts until further notice. In addition, the following information should be formally requested:

- account e-mail addresses

- access logs (IP address and user agent information)

- KYC information and documents, if available

- deposit and withdrawal history (including any fiat banking information) - cryptocurrency deposit and withdrawal history, including all related addresses - current account balance

- any data or documents obtained or produced by any internal AML investigation that the VASP may have conducted pertaining to the accounts.

CipherBlade stands ready to assist law enforcement with the interpretation of any information obtained as well as with follow-up blockchain forensics.

CONFIDENTIAL
FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY 23

## 3.7 Kucoin - Eth funding trace

The analysis showed that two addresses hosted on Kucoin provided ether to some wallets traced and presented in this case's graph. The ether balance is necessary for the payment of the fees (gas) for every transfer inside the Ethereum network. In this case, the ether was used to pay the USDT token transfer fee. *Figure 7* highlights the eth funding paths.

CONFIDENTIAL
FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY 24



Figure 7 - Eth Funding path from Kucoin. **For a high quality graph, open the .svg or .pdf files provided with this report.**

CONFIDENTIAL
FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY 25

The table below details the transfer from Kucoin into the Ethereum funding path:

| No. | Date & Time | Transaction Hash To Asset USDT | Amount (USD) |
|---|---|---|---|
| 1 | 2019-12-18 07:07:17 | 0x17fcf07c8ad19c6e0ab5dc6e00b038e99b<br>0x2b5634c42055806a59e9107<br>14102b6d2acfde6927db45e7d8f908<br>ed44d43c426e58258 ETH 30.6214 | 3,773.26 |
| | 2021-12-10 18:57:23 | 0xd7e4c34b0f98fb9ccc6eb89d74e375b48f<br>0x4ad64983349c49defe8d7a46<br>0871b2a73c96cc05a0c422b7674948<br>86202d24b25d0ce8 ETH 1.16766 | 4,636.08 |

⚠ The client is recommended to work with compliance officials (at the named entities), law enforcement agencies, and the courts to contact Kucoin at rbenquiries@kucoin.com, support@kucoin.com, legal@kucoin.com and make a request to freeze any funds in the destination account associated with the above transaction and any related accounts until further notice.

In addition, the following information should be formally requested:

- account e-mail addresses

- access logs (IP address and user agent information)

- KYC information and documents, if available

- deposit and withdrawal history (including any fiat banking information) - cryptocurrency deposit and withdrawal history, including all related addresses - current account balance

- any data or documents obtained or produced by any internal AML investigation that the VASP may have conducted pertaining to the accounts.

CipherBlade stands ready to assist law enforcement with the interpretation of any information obtained as well as with follow-up blockchain forensics.

## 3.8 Huobi - Eth funding trace

The analysis showed that one address hosted on Huobi provided ether to some wallets traced and presented in this case's graph. The ether balance is necessary for the payment of the fees (gas) for every transfer inside the Ethereum network. In this case, the ether was used to pay the USDT token transfer fee. *Figure 8* highlights the eth funding paths.



Figure 8 - Eth Funding path from Huobi. **For a high quality graph, open the .svg or .pdf files provided with this report**

CONFIDENTIAL
FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY 27

The table below details the transfer from Huobi into the Ethereum funding path:

| No. | Date & Time | Transaction Hash To Asset USDT | Amount (USD) |
|---|---|---|---|
| 1 | 2019-12-31 09:21:21 | 0x8cff8fe4dc71c166836e7c872909e68818 0x137ad9c4777e1d36e4b605e b4ff915d8e0d529d22b7b1e44fd7e7 745e8f37b2b62e9c5 ETH 49.7007 | 6,554.04 |

⚠ The client is recommended to work with compliance officials (at the named entities), law enforcement agencies, and the courts to contact Huobi at support@huobi.com;

regulatory@huobi.com and make a request to freeze any funds in the destination account associated with the above transaction and any related accounts until further notice. In addition, the following information should be formally requested:

- account e-mail addresses

- access logs (IP address and user agent information)

- KYC information and documents, if available

- deposit and withdrawal history (including any fiat banking information) - cryptocurrency deposit and withdrawal history, including all related addresses - current account balance

- any data or documents obtained or produced by any internal AML investigation that the VASP may have conducted pertaining to the accounts.

CipherBlade stands ready to assist compliance officials (at the named entities), law enforcement agencies, and the courts with the interpretation of any information obtained as well as with follow-up blockchain forensics.

CONFIDENTIAL
FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY 28

## 4. Summary of next steps

The following files have been attached to this report:

| No. | File Name | Description |
|---|---|---|
| 1 | full_graph_fullHD.pdf | Shows visually all addresses and transactions traced during the investigation process, including relevant notes. |
| 2 | **full_graph_fullHD.svg** | RECOMENDED! Vector file. Shows visually all addresses and transactions traced during the investigation process, including relevant notes. When opening this file using web browsers like Firefox and Chrome, it's possible to zoom it to large sizes. |
| 3 | Transactions_list.pdf | Shows all transactions presented in full_graph_fullHD.pdf, allowing LE to rebuild the same graph if necessary. |

| 4 | Addresses_list.pdf | Shows all addresses presented in full_graph_fullHD.pdf |

As mentioned in several parts of this report, the client is recommended to work with compliance officials (at the named entities), law enforcement agencies, and the courts to contact the aforementioned exchanges to potentially freeze funds and gather information that will be crucial to advancing the investigation.

CipherBlade stands ready to assist compliance officials (at the named entities), law enforcement agencies, and the courts with the formulation of information requests and their justification, as well as with the analysis of the information thereby obtained, including follow-up blockchain forensics.

Legal and law enforcement representatives may contact the undersigned directly for intelligence fusion, consultation on next steps, and coordination of any further collaborative steps required to resolve this matter. The undersigned may be reached via email at fernando@cipherblade.com. As per standard procedure, please be ready to confirm your credentials prior to discussing this case.

**// ENDS**

Fernando Passold

Senior Blockchain Investigator

CipherBlade

CONFIDENTIAL
FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY 29

# GLOSSARY

**Blockchain**

A blockchain is a distributed ledger with growing lists of records (*blocks*) that are securely linked together via cryptographic hashes.[1][2][3][4] Each block contains a cryptographic hash of the previous block, a timestamp, and transaction data (generally represented as a Merkle tree, where data nodes are represented by leaves). Since each block contains information about the previous block, they effectively form a *chain*, with each additional block linking to the ones before it. Consequently, blockchain transactions are irreversible in that, once they are recorded,

the data in any given block cannot be altered retroactively without altering all subsequent blocks.(Source: https://en.wikipedia.org/wiki/Blockchain)

### Cluster

A collection of cryptocurrency addresses that CipherBlade has identified to be controlled by one entity.

### Cold Wallet

A cold wallet is a type of cryptocurrency wallet that securely stores your private crypto keys offline, usually on a physical device.

### Cryptocurrency

A cryptocurrency, crypto-currency, or crypto[a]is a digital currency designed to work as a medium of exchange through a computer network that is not reliant on any central authority, such as a government or bank, to uphold or maintain it.[2]It is a decentralized system for verifying that the parties to a transaction have the money they claim to have, eliminating the need for traditional intermediaries, such as banks, when funds are being transferred between two entities.[3] Source: https://en.wikipedia.org/wiki/Cryptocurrency)

### Deposit Address

CONFIDENTIAL
FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY 30

It's a unique identifier, composed by a string of letters and numbers, that serves as a virtual location to where a cryptocurrency can be sent.

### Ethereum

Ethereum (ETH) is a blockchain platform with its own coin. It was first proposed in 2013 by Russian Canadian programmer Vitalik Buterin with the goal of expanding the utility of cryptocurrencies by allowing developers to construct their own special applications. These Ethereum blockchain-based applications are referred to as "decentralized applications" and are self-executing due to the utilization of smart contracts. Smart contracts are code-based programs that are stored on the Ethereum blockchain and automatically carry out particular operations when preset circumstances are satisfied. These smart contracts serve as the foundation for all decentralized applications (dapps) produced on Ethereum, as well as all other dapps built on

other blockchain platforms.

## Fiat Money

Fiat money is a government-issued currency that is not backed by a physical commodity, such as gold or silver, but rather by the government that issued it. Most modern paper currencies are fiat currencies, including the U.S. dollar, the euro, and other major global currencies.

## Hot Wallet

A wallet that is stored on an internet-connected device, such as a desktop computer or smartphone. If a user has the wallet installed on their device, their private keys will be saved there as well.

## Know Your Customer (KYC)

KYC stands for Know Your Customer and, in some cases, Know Your Client. KYC, or KYC check, is the required procedure of identifying and validating the client's identity when creating an account and on a regular basis. In other words, financial services must ensure that their customers are who they say they are.

CONFIDENTIAL
FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY 31

## Tether

Tether (USDT) was one of the first cryptocurrencies whose market value was tied to a fiat currency. Tether and other similar cryptocurrencies are referred to as "stablecoins" because of their dollar peg. Tether has the highest market capitalization of any stablecoin. Tether was founded on the Omni layer of the Bitcoin blockchain, but has since spread to other networks like as Ethereum, Bitcoin Cash, TRON, EOS, and Liquid. Tether continues to be a significant source of liquidity in the cryptocurrency market.

## Transaction Hash

The transaction hash, also known as a transaction ID, is a unique identifier for a transaction.

## Virtual Asset Service Provider (VASP)

The Financial Action Task Force (FATF) defines a Virtual Asset Service Provider (VASP) as a company that performs one or more of the following services on behalf of its clients: The exchange of virtual assets and fiat currency; Exchange of one or more types of virtual assets

Virtual asset transfer; Virtual asset storage and/or administration, as well as virtual asset control tools; Participating in and delivering financial services in connection with an issuer's offer and/or sale of a virtual asset. This term includes a variety of cryptocurrency firms including as exchanges, ATM operators, wallet custodians, and hedge funds. VASPs should also be subject to the same severe AML/CTF and KYC procedures as traditional financial institutions, according to the FATF.

**Wallet Address**

A type of software that produces and saves a user's addresses and private keys. It is used to transfer and receive cryptocurrency as well as to keep track of balances.

CONFIDENTIAL
FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY 32